s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

### IN THE COURT OF UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Marion Lindsey, *et al.,* | : | Case No. 1:17 CV 1308 |
| Plaintiffs, | : | (Hon. Dan Aaron Polster) |
| vs. | : | **ORDER** |
| Rusk Industries, d/b/a/ EverDry Waterproofing, | : | |
| | : | |
| Defendant. | | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

For good cause shown, the Joint Motion of the Parties for Approval of Confidential

Settlement and Dismissal of Action is granted.  This action is dismissed with prejudice.

_____  12/8/2017

Dan Aaron Polster
United States District Judge